# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    v.

LEONID YAKOVLEV

)
)
)

CR NO: 2:12-CR-00052 WBS

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
              ☒ Ad Prosequendum             ☐ Ad Testificandum.

Name of Detainee:      **LEONID YAKOVLEV**

Detained at (custodian):    **Rio Cosumnes Correctional Center**

Detainee is:   a.)   ☒  charged in this district by:
                    ☒ Indictment      ☐ Information      ☐ Complaint
                  Charging Detainee With:   **Violations 18 USC §§ 1343, 1957**

    or    b.)   ☐  a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)   ☒  return to the custody of detaining facility upon termination of proceedings
    or    b.)   ☐  be retained in federal custody until final disposition of federal charges, as a sentence is
                  currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California.*

Signature:  **/s/ Jean M. Hobler**
Printed Name & Phone No: **Jean M. Hobler, 916-554-2700**
Attorney of Record for:     United States of America

## WRIT OF HABEAS CORPUS
             ☒ Ad Prosequendum           ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service
for this district, is hereby ORDERED to produce the named detainee, *forthwith*, and any further proceedings to
be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named
custodian.

March 21, 2012
Date                                          United States Magistrate Judge

Please provide the following, if known:

    AKA(s) (if applicable):    None known                  Male ☒   Female ☐

    Booking or CDC #:    X-2266756                  DOB:   12/02/71

    Facility Address:    12500 Bruceville Road           Race:

                        Elk Grove, CA                FBI #:

    Facility Phone:

    Currently Incarcerated For:   Pending state charges re: fraud

### RETURN OF SERVICE

Executed on _____ by   _____     _____
                                             (Signature)