BRUCE LOCKE (#177787)
Moss & Locke
800 Howe Avenue, Suite 110
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
LEONID YAKOVLEV

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-12-052 WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO CONTINUE STATUS ) CONFERENCE AND EXCLUDE TIME ) UNDER SPEEDY TRIAL ACT |
| LEONID YAKOVLEV, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Leonid Yakovlev, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Jean Hobler, that the status conference presently set for June 11, 2012 at 9:30 a.m., should be continued to August 13, 2012 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from June 11, 2012 through August 13, 2012.

The reason for the continuance is that the case is a fraud case that is somewhat complex. There are over 5,000 pages of discovery and the discovery includes records of numerous financial transactions. The defense needs additional time to review the discovery. Accordingly, the time between June 11, 2012 and August 13, 2012 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Ms. Hobler has authorized Mr. Locke to sign this pleading for her.

DATED: June 5, 2012            /S/ Bruce Locke
BRUCE LOCKE
Attorney for Leonid Yakovlev

DATED: June 5, 2012            /S/ Bruce Locke
For JEAN HOBLER
Attorney for the United States

## ORDER

The status conference presently set for June 11, 2012 at 9:30 a.m., is hereby continued to August 13, 2012 at 9:30 a.m., and time under the Speedy Trial Act will be excluded from June 11, 2012 through August 13, 2012 pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation, based on the representations of the parties in their stipulation. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: June 6, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE