```
 1  BRUCE LOCKE (#177787)
    Moss & Locke
 2  800 Howe Avenue, Suite 110
    Sacramento, CA 95825
 3  (916) 569-0667
    (916) 569-0665 fax
 4  Attorneys for
    LEONID YAKOVLEV
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-12-052 WBS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND EXCLUDE TIME |
| v. | ) | UNDER SPEEDY TRIAL ACT |
| | ) | |
| LEONID YAKOVLEV, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Leonid Yakovlev, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Jean Hobler, that the status conference presently set for September 10, 2012 at 9:30 a.m., should be continued to October 22, 2012 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from September 10, 2012 through October 22, 2012.

The reason for the continuance is that the case is a fraud case that is somewhat complex. There are over 5,000 pages of discovery and the discovery includes records of literally tens of thousands of financial transactions forming the basis of the charges. The defense needs additional time to review the discovery. Additionally, the parties are attempting to resolve the case without a trial, the defendant requires additional time for review and analysis of the facts and further investigation, and the parties need additional time to exchange information. Accordingly, the time between September 10, 2012 and October 22, 2012 should be excluded from the Speedy Trial calculation pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests

of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Ms. Hobler has authorized Mr. Locke to sign this pleading for her.

DATED: September 6, 2012           /S/ Bruce Locke
                                         BRUCE LOCKE
                                         Attorney for Leonid Yakovlev

DATED: September 6, 2012           /S/ Bruce Locke
                                         For JEAN HOBLER
                                         Attorney for the United States

## ORDER

The status conference presently set for September 10, 2012 at 9:30 a.m., is hereby continued to October 22, 2012 at 9:30 a.m., and time under the Speedy Trial Act will be excluded from September 10, 2012 through October 22, 2012 pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation, based on the representations of the parties in their stipulation. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: September 10, 2012

                                 WILLIAM B. SHUBB
                                 UNITED STATES DISTRICT JUDGE