BENJAMIN B. WAGNER
United States Attorney
JEAN M. HOBLER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:12-CR-0052 WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER |
| v. | |
| LEONID YAKOVLEV, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on January 7, 2013, at 9:30 a.m.

2.      By this stipulation, defendant now moves to continue the status conference until February 25, 2013, and to exclude time between January 7, 2013, and February 25, 2013, under Local Code T4.  Plaintiff does not oppose this request.

3.      The parties agree and stipulate, and request that the Court find the following:

        a.      The government represents that the discovery associated with this case includes over 5,000 pages of documents and large spreadsheets detailing over 40,000 separate transactions, and thousands of fraud complaints to American Express.  All of this discovery has been produced directly to counsel for the defense.

b.      Counsel for defendant has recently consulted with his client and as a result of their discussions desires additional time to review the current charges, to conduct investigation and research related to the charges, to discuss potential resolutions with his/her client, and to otherwise prepare for trial.

c.      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.      The government does not object to the continuance.

e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 7, 2013, at 9:30 a.m. to February 25, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:        January 2, 2013

                              /s/ Jean M. Hobler
                              JEAN M. HOBLER
                              Assistant United States Attorney

DATED:        January 2, 2013

                              /s/ Bruce Locke
                              BRUCE LOCKE
                              Counsel for Defendant
                              [as authorized on January 2, 2013]

**O R D E R**

IT IS SO FOUND AND ORDERED this 2nd  day of January,  2013.

                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE