```
 1  BRUCE LOCKE (#177787)
    Moss & Locke
 2  800 Howe Avenue, Suite 110
    Sacramento, CA 95825
 3  (916) 569-0667
    (916) 569-0665 fax
 4  Attorneys for
    LEONID YAKOVLEV
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-12-052 WBS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE AND EXCLUDE TIME |
| v. | ) | UNDER SPEEDY TRIAL ACT |
| | ) | |
| LEONID YAKOVLEV, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, Leonid Yakovlev, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Jean Hobler, that the status conference presently set for May 20, 2013 at 9:30 a.m., should be continued to July 29, 2013 at 9:30 a.m., and that time under the Speedy Trial Act should be excluded from May 20, 2013 through July 29, 2013. The reason for the continuance is that the case is a fraud case that is somewhat complex. There are over 5,000 pages of discovery and the discovery includes records of literally tens of thousands of financial transactions forming the basis of the charges. The defense needs additional time to review the discovery. Additionally, the parties are attempting to resolve the case without a trial, the defendant requires additional time for review and analysis of the facts and further investigation, and the parties need additional time to exchange information. The defendant is also scheduled for a trial of his state court charges in the near future and it is not possible to get the defendant to focus on resolving the federal case while he is engaged in preparing for his state court trial. Accordingly, the time between May 20, 2013 and July 29, 2013 should be excluded from the Speedy Trial calculation pursuant to Title 18,

United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Ms. Hobler has authorized Mr. Locke to sign this pleading for her.

DATED: May 15, 2013 /S/ Bruce Locke
BRUCE LOCKE
Attorney for Leonid Yakovlev

DATED: May 15, 2013 /S/ Bruce Locke
For JEAN HOBLER
Attorney for the United States

ORDER

The status conference presently set for May 20, 2013 at 9:30 a.m., is hereby continued to July 29, 2013 at 9:30 a.m., and time under the Speedy Trial Act will be excluded from May 20, 2013 through July 29, 2013 pursuant to Title 18, United States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation, based on the representations of the parties in their stipulation. The Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: May 16, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE